**SILVERMANACAMPORA LLP**
*CHARACTER IS EVERYTHING* ®

LYNNE M. MANZOLILLO, PHR
PARALEGAL ADMINISTRATOR

DIRECT DIAL: 516.479.6316
LMANZOLILLO@SILVERMANACAMPORA.COM



September 12, 2013

**Via Certified Mail, Return Receipt Requested**
Clerk of the U.S. Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

Re:  Three Amigos SJL Inc. d/b/a
Cheetah's Gentlemen's Club
Chapter 7
<u>Case No. 10-10924 (JMP)</u>
Our File No. 59724

Dear Sirs/Madam:

Enclosed please find Trustee's Check No. 131, in the amount of $444.00, which sum represents unclaimed final distribution for the claimant referenced below in this matter.

| Claimant: | Amount of Check: |
|---|---|
| Charles Weisblat<br>c/o Lovett & Bellantoni, LLP<br>37A Saw Mill River Road<br>Hawthorne, NY 10532 | $444.00 |
| Total | $444.00 |

If you have any questions with regard to the foregoing, please do not hesitate to contact me.

Very truly yours,

Lynne M. Manzolillo

LMM/idi
Encl.
cc: Kenneth P. Silverman, Esq., Trustee

LMM/1391278.1/059724